UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAILY GUILLERMO VILLAVICENCIO-VALERO, A-240-729-381,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-06675-TLN-CKD P<br><br>ORDER |

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. The court has conducted a preliminary review of the petition. Good cause appearing, IT IS ORDERED as follows:

1. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

////

////

////

2. Petitioner's optional reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within fourteen (14) days after service with the response.

Dated: 08/27/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 vill6675.res